**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-58984-pmb |
| | : | |
| TRIPLE C FLATBED HOLDINGS, LLC, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF**
**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve as the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

>GUY G. GEBHARDT
>ACTING UNITED STATES TRUSTEE
>REGION 21
>
>/s/
>JAMES H. MORAWETZ
>Trial Attorney
>Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA   30303
Tel: (404) 331-4437
Email: jim.h.morawetz@usdoj.gov

## EXHIBIT "A"

AGO Logistics, LLC
ATTN: Ralph R. Joiner, Jr., President
4005 Forest Grove Pass
Acworth, GA 30101
Email: rrj@agologistics.com

Bravaldo Capital Advisors, Inc.
ATTN: Don H. Bravaldo, III, President
210 Interstate North Pkwy
Suite 700
Atlanta, GA 30339
Email: dbravaldo@bc-advisors.com

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I caused true and correct copies of the attached Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims to be deposited in the U.S. Mail with correct first class postage affixed addressed to the members of the committee as appointed and to counsel of record for the Debtor as follows:

Michael D. Robl, Esq.
The Spears & Robl Law Firm, LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084
Email: mdrobl@tsrlaw.com

Done this the  20th  day of October, 2016.

/s/
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA   30303
Tel: (404) 331-4437
Email: jim.h.morawetz@usdoj.gov